UNITED STATES DISTRICT COURT
NORTHERN DISTICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIARA PAYNE, etc.<br>v.<br><br>WBY, INC.<br>d/b/a Follies | CIVIL ACTION NO.<br>1:14-cv-00913-SCJ |

**NOTICE OF BANKRUPTCY AND SUGGESTION OF STAY**

COMES NOW WBY, INC., Defendant herein, who hereby files this Notice of Bankruptcy and Suggestion of Stay by giving notice to the Court and parties that on the 5th day of February, 2016, WBY, Inc. filed a voluntary bankruptcy petition in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, under Chapter 11 of the Bankruptcy Code (11 U.S.C. Section 11 et seq.), the same being In re WBY, Inc. d/b/a Follies, Bankruptcy Case No. 16-52291.

Pursuant to the Automatic Stay provisions of 11 U.S.C. Section 362, the commencement, continuation of an action or the enforcement of a judgment against the debtor is stayed, unless otherwise excepted by law.

This 5th day of February 2016.

                                              Submitted by

                                              _____/s/_____
                                              Edward F. Danowitz
                                              Georgia Bar No. 003180

*Danowitz & Associates, P.C.*
Suite 960
300 Galleria Parkway
Atlanta, GA 30339
(770) 933-0960

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the parties in this matter with a copy of the foregoing *Notice of Bankruptcy and Suggestion of Stay* by placing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

>Anna P. Prakash, Esq.
>Ashley Rose Thronson, Esq.
>Nichols Kaster, PLP-MN
>80 South 8th Street
>4600 IDS Center
>Minneapolis, MN 55402
>
>John Lawrence Mays, Esq.
>Meredith J. Carter, Esq.
>Mays & Kerr LLC
>Suite 980, International Tower
>229 Peachtree Street NW
>Atlanta, GA 30303
>
>Allan S. Rubin, Esq.
>Jackson Lewis, PC
>2000 Town Center
>Southfield, MI 48075
>
>Tamika R. Nordstrom, Esq.
>Constancy, Brooks, Smith & Prophete, LLP
>230 Peachtree Street, NW
>Suite 2400
>Atlanta, GA 30303

This 5th day of February 2016.

_____/s/_____
Edward F. Danowitz
Georgia State Bar No. 003180